

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2015

No. 04-15-00157-CV

**IN RE** Angie Leigh **STRICKLAND**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On March 20, 2015, relator Angie Leigh Strickland filed a petition for writ of mandamus with a motion for stay of the trial court's order. The court has considered relator's petition and the response filed on behalf of the real party in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

The real party in interest's motion for leave to file a late response, filed April 13, 2015, is GRANTED.

The temporary stay previously issued by this court on March 27, 2015, is LIFTED.

It is so **ORDERED** on May 18, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-557-CCL, styled *In the Interest of F.S. and E.B., Children*, pending in the County Court at Law, Kendall County, Texas, the Honorable Michael Peden presiding.